1  GEOFFREY A. HANSEN
   Acting Federal Public Defender
2  ANGELA M. HANSEN
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone: (510) 637-3500

5  Counsel for Defendant MARVIN CRUZ

6

7                   UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,          )   No. CR-12-00344 PJH
                                       )
11         Plaintiff,                  )   STIPULATED REQUEST TO CONTINUE
                                       )   HEARING DATE TO JUNE 13, 2012 AND
12     v.                              )   TO EXCLUDE TIME UNDER THE
                                       )   SPEEDY TRIAL ACT AND [PROPOSED]
13 MARVIN CRUZ and                     )   ORDER
   ALBERTO CRUZ,                       )
14                                     )
           Defendant.                  )
15                                     )

16

17         The above-captioned matter is set on May 30, 2012, at 1:30 p.m., before this Court for a

18 status hearing. The parties jointly request that the Court continue the matter to June 13, 2012, at

19 1:30 p.m., and that the Court exclude time under the Speedy Trial Act, 18 U.S.C. §§

20 3161(h)(7)(A) and (B)(iv), between the date of this Stipulation and June 13, 2012.

21         Marvin and Alberto Cruz are charged in a one-count Indictment with conspiracy to

22 possess and to distribute methamphetamine, a violation of 18 U.S.C. § 841(a)(1) and § 846.

23 Both defendants face a mandatory minimum sentence of 5 years and a maximum sentence of 40

24 years in custody. Both defendants have been detained by the magistrate court, and the scheduled

25 May 30, 2012 status hearing would be the first district court appearance in this matter.

26         The parties respectfully request that the Court continue this matter because counsel for

1  Marvin Cruz is unavailable from May 22 through June 4, 2012 and will not be present at the
2  scheduled status hearing date.  Moreover, the government has produced discovery that the
3  defense needs time to review and process, and there are audio and video recordings that have yet
4  to be produced because the parties are currently negotiating a protective order in this case.
5  Additionally, the defense needs time to investigate the circumstances of this case.

6       The requested continuance until June 13, 2012 will give the defense time to prepare
7  these important tasks.  For these reasons, the parties agree that the failure to grant this
8  continuance would unreasonably deny counsel for defendants the reasonable time necessary for
9  effective preparation, taking into account the exercise of due diligence.  Moreover, given
10 Marvin Cruz's counsel's unavailability for two weeks, the parties agree that the failure to grant
11 this continuance would unreasonably deny Marvin Cruz continuity of counsel.

12      The parties further stipulate and agree that the ends of justice served by this continuance
13 outweigh the best interest of the public and the defendants in a speedy trial.  Accordingly, the
14 parties agree that the period of time from the date of this stipulation until June 13, 2012 should
15 be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§
16 3161(h)(7)(A) and (B)(iv), for continuity of defense counsel and also for effective preparation of
17 defense counsel, taking into account the exercise of due diligence.

18
19 DATED: May 17, 2012

                                       NATALIE LEE
                                       Assistant United States Attorney
20

21 DATED: May 17, 2012

                                       CLAIRE M. LEARY
22                                        Counsel for Alberto Cruz

23 DATED: May 17, 2012

                                       ANGELA M. HANSEN
24                                        Counsel for Marvin Cruz
                                       Assistant Federal Public Defender
25
26

Stip. Req. To Continue Hearing Date and to
Exclude Time, No. CR-12-00344 PJH     2

1 **ORDER**

2 Based on the reasons provided in the stipulation of the parties above, the Court hereby
3 finds:

4     1.    Given the defense need to complete its review of the discovery in this case and to
5 investigate the offense charged in the Indictment;

6     2.    Given that there are audio and video recordings that need to be reviewed by the
7 defense and have not yet been produced, and given that the parties are currently negotiating a
8 protective order in this case for these recordings;

9     3.    Given that these tasks are necessary to the defense preparation of the case and
10 that the failure to grant the requested continuance would unreasonably deny counsel for
11 defendants the reasonable time necessary for effective preparation, taking into account the
12 exercise of due diligence;

13     4.    Given that counsel for Marvin Cruz is unavailable for two weeks, including the
14 status hearing date, and that the failure to grant this continuance would unreasonably deny
15 Marvin Cruz continuity of counsel;

16     5.    Given that the ends of justice served by this continuance outweigh the best
17 interest of the public and the defendants in a speedy trial;

18 Based on these findings, IT IS HEREBY ORDERED that the status hearing on May 30,
19 2012 is vacated and this matter is reset on June 13, 2012, at 1:30 p.m., for status hearing. It is
20 FURTHER ORDERED that time is excluded pursuant to the Speedy Trial Act, 18 U.S.C. §§
21 3161(h)(7)(A) and (B)(iv), from the date of this Stipulation until June 13, 2012.

23 DATED: May 21, 2012

PHYLLIS J. HAMILTON
United States District Judge

Stip. Req. To Continue Hearing Date and to
Exclude Time, No. CR-12-00344 PJH     3