1
2
3
4                    UNITED STATES DISTRICT COURT
5                   NORTHERN DISTRICT OF CALIFORNIA
6
7    UNITED STATES OF AMERICA,
                                          Case No.  12-cr-00344-PJH-1
8               Plaintiff,
9         v.                              **ORDER STAYING MOTION FOR**
                                          **REDUCTION OF SENTENCE**
10   MARVIN CRUZ,
                                          Re: Dkt. No. 61
11              Defendant.
12
13
14        Before the court is the motion of defendant Marvin Cruz to modify and reduce his

15   sentence pursuant to 18 U.S.C. § 3582(c)(2) in light of proposed Amendment 782 to the

16   Sentencing Guidelines.  Because Amendment 782 is not yet in effect, the motion for

17   reduction of sentence is premature.  Accordingly, the motion for reduction of sentence is

18   STAYED until November 1, 2014, the effective date of the amendment, after which the

19   court will issue an order setting forth the procedures applicable to the motion.

20        **IT IS SO ORDERED.**

21   Dated:  October 10, 2014

22                                        _____
23                                        PHYLLIS J. HAMILTON
                                          United States District Judge
24
25
26
27
28